# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **LASONIA HALEY,** ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| v. ] | **Case No.: 7:25-cv-2060-ACA** |
| ] | |
| **BIRMINGHAM POLICE** ] | |
| **HEADQUARTERS, et al.,** ] | |
| ] | |
| Defendants. ] | |

## MEMORANDUM OPINION

This court ordered Plaintiff LaSonia Haley to show cause why it should not dismiss her complaint for being filed against entities that lacked the capacity to be sued. (Doc. 6 at 2). Ms. Haley responded, affirming that the two defendants are the "Birmingham Police Headquarters" and the "Birmingham [P]olice Department North Precinct," and setting out more facts in support of her claims. (Doc. 7). Because those defendants are not entities subject to suit, the court **WILL DISMISS** the complaint **WITH PREJUDICE**.

The court will enter a separate final order.

**DONE** and **ORDERED** this February 4, 2026.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE